| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | HEARING DATE: June 11, 2024<br>HEARING TIME: 9:00 a.m. |
|---|---|

------------------------------------------------------- x
In re                                                   :
                                                        :  Case No. 23-35997 (CGM)
ESTATE OF KEVIN MICHAEL KRUDIS,                         :
                                                        :  (Chapter 7)
                                    Debtor.             :
------------------------------------------------------- x

## SECOND ORDER HOLDING KELLI BETH KRUDIS IN CONTEMPT OF COURT

Upon the Order to Show Cause, entered on February 28, 2024, which directed Kelli Beth Krudis to appear in person at a hearing on April 2, 2024; and the Order Holding Kelli Beth Krudis in Contempt of Court, entered on April 5, 2024 (the "First Contempt Order"), for her failure to appear at the April 2, 2024 hearing, and the Notice adjourning the hearing on the First Contempt Order to June 11, 2024; and Kelli Beth Krudis having failed to appear at the June 11, 2024 hearing, it is hereby

ORDERED, that Kelli Beth Krudis is in contempt of court for her failure to appear at the June 11, 2024 hearing; it is further

ORDERED, that to purge the contempt, Kelli Beth Krudis shall appear in person before the Honorable Cecelia G. Morris on June 25, 2024, at 9:00 a.m., in the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601; and it further

ORDERED, that sanctions will be imposed.



**Dated: June 13, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**